# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–34742–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Omar S. Golden | Angela Golden |
| 7 Kim Lane | 7 Kim Lane |
| Sicklerville, NJ 08081 | Sicklerville, NJ 08081 |

Social Security No.:
  xxx–xx–9187                                               xxx–xx–8584

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2019.

On March 28, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date: May 8, 2019
Time: 09:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 28, 2019
JAN: eag

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                       Case No. 18-34742-ABA
Omar S. Golden                                               Chapter 13
Angela Golden
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2                Date Rcvd: Mar 28, 2019
                              Form ID: 185               Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db/jdb         +Omar S. Golden,    Angela Golden,    7 Kim Lane,    Sicklerville, NJ 08081-2203
517929053      +Ashley Golden,    7 Kim Lane,    Sicklerville, NJ 08081-2203
518018893      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517927623      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517982129       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517927624       Chase Bank,    PO Box 15298,    Wilmington, Delaware 19850-5298
518019562      +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517927625      +Citibank,    701 E 60th Street N,    Sioux Falls, South Dakota 57104-0493
517927631      +Financial Recoveries,    200 E Park Drive Ste 100,    Mt Laurel, New Jersey 08054-1297
517927633      +IC System Collections,    PO Box 64378,    Saint Paul, Minnesota 55164-0378
517927636      +Lendup Card Tab Bank,    237 Kearny Street #197,    San Francisco, CA 94108-4502
517927637      +Louis A Greenfield,    PO Box 17210,    Golden, CO 80402-6020
517959820    ++++MIDFIRST BANK,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,    JERSEY CITY NJ  07311-4026
               (address filed with court: MidFirst Bank,    Gross Polowy, LLC.,    2500 Plaza 5, Suite 2548,
                 Jersey City, New Jersey 07311)
518048014      +Midfirst Bank,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
517927639      +Midland Mortgage Co,    PO Box 268959,    Oklahoma City, OK 73126-8959
517927642      +PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
517927641     #+Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
517927644      +Pressler Felt and Warshaw LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517927645      +Radio Shack/CBNA,    PO Box 6497,    Sioux Falls, South Dakota 57117-6497
517927650      +United Revenue Clctn,    PO Box 1184,    Langhorne, PA 19047-6184
518037488      +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
517927653      +WF Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
517927652      +Westgate Resorts,    CFI Resorts Management Inc,    2801 Old Winter Garden Road,
                 Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517993861      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:23:17     AT&T CORP,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517927626      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:13     Comenity Bank/Nwyrk & Co,
                 PO Box 182789,    Columbus, OH 43218-2789
517927627      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 29 2019 00:23:52     Credit One Bank,
                 PO Box 98873,    Las Vegas, Nevada 89193-8873
517927628       E-mail/Text: mrdiscen@discover.com Mar 29 2019 00:19:25     Discover Financial,    PO Box 15316,
                 Wilmington, Delaware 19850
517936835       E-mail/Text: mrdiscen@discover.com Mar 29 2019 00:19:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517927629      +E-mail/Text: bankruptcynotices@dcicollect.com Mar 29 2019 00:21:17     Diversified Consultants,
                 PO Box 551268,    Jacksonville, FL 32255-1268
517927630      +E-mail/Text: bknotice@ercbpo.com Mar 29 2019 00:20:45     Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, Florida 32241-7547
517929052       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29     Hyundai Finance,
                 PO Box 20835,    Fountain Valley, CA 92728-0835
517933793       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
517927632      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29
                 Hyundai Motor Finance,    PO Box 20809,    Fountain Valley, CA 92728-0809
517962355       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:59     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517927634       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:58     Jefferson Capital Sysems LLC,
                 Attn: Louis A Greenfield,    PO Box 17210,    Golden , CO 80402-6020
517927635      +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 00:19:34     Kohls Chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, Wisconsin 53051-7096
518038445       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 00:22:33     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518015477      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2019 00:20:35     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517927638      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2019 00:20:35     Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517927640      +E-mail/Text: Bankruptcies@nragroup.com Mar 29 2019 00:21:52     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
517927643       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:04
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, Virginia 23502
518049275       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:22:24
                 Portfolio Recovery Associates, LLC,    C/O Dell Financial Services, LLC,    POB 41067,
                 Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Mar 28, 2019
                              Form ID: 185             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518049271         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:04
                   Portfolio Recovery Associates, LLC,   c/o Ashley Homestore,   POB 41067,   Norfolk VA 23541
518020722         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:29
                   Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518038171         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:04
                   Portfolio Recovery Associates, LLC,   c/o Lowe's,   POB 41067,   Norfolk VA 23541
518034005         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:05
                   Portfolio Recovery Associates, LLC,   c/o Sams Club Mastercard,   POB 41067,
                   Norfolk VA 23541
518031219         E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:26
                   Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517927647        +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:31      SYNCB Lowes,   PO Box 965005,
                   Orlando, FL 32896-5005
517927648        +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:11      SYNCB/Ashley Homestores,
                   PO Box 965001,   Orlando, FL 32896-5001
517927649        +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:32      SYNCB/Sams Club Dual Card,
                   PO Box 965005,   Orlando, FL 32896-5005
517927646        +E-mail/Text: ebn_bkrt_forms@salliemae.com Mar 29 2019 00:21:20      Sallie Mae,   PO Box 3229,
                   Wilmington, DE 19804-0229
517928292        +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:51      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517941085        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:23:17      T Mobile/T-Mobile USA Inc,
                   by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517927651        +E-mail/Text: vci.bkcy@vwcredit.com Mar 29 2019 00:20:49      VW Credit Inc,   1401 Franklin Blvd,
                   Libertyville, IL 60048-4460
                                                                                               TOTAL: 33

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517933796*       +Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
518048015*       +MidFirst Bank,   999 NW Grand Blvd.,   Oklahoma City, OK 73118-6051
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    MidFirst Bank ecfnotices@grosspolowy.com,
               jbommelje@grosspolowy.com
              Steven N. Taieb    on behalf of Debtor Omar S. Golden staieb@comcast.net, sntgale@aol.com
              Steven N. Taieb    on behalf of Joint Debtor Angela  Golden staieb@comcast.net, sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```