**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                   Case No.: _____18-34742_____

Omar S. & Angela Golden                       Judge: _____ABA_____

              Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ⊠ 3rd Modified/Notice Required          Date: ___3/26/19___

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ⊠ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ⊠ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ⊠ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___snt___     Initial Debtor: ___osg___     Initial Co-Debtor: ___ag___

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____200_____ per _____month_____ to the Chapter 13 Trustee, starting on _____4/1/19_____ for approximately _____46_____ months. ($780 paid to date)

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☒    Other sources of funding (describe source, amount and date when funds are available):

social security

c.  Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,460 |
| DOMESTIC SUPPORT OBLIGATION | | |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Hyundai Motor Finance | 2015 Sonata | $16,275 |  |
| Westgate Resorts | Time Share | $2,500 |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

VW Credit-Current outside plan on 2018 Passat

Hyundai Motor Finance-Current outside plan on 2016 Elantra
PNC Bank Mortgage Service-  Current outside plan on second mortgage
Midland Mortgage - current outside plan pursuant to loan modification

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| VW Credit | | 2018 Passat | Assume | $503 |
| Hyundai Motor Finance | | 2016 Elantra | Assume | $150 |

## Part 7:    Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☒ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Administrative Claims

3) Secured Claims

4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____1/21/19_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Pursuant to Order Approving Loan Modification | Increasing base to general unsecured creditors |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  3/27/19                                  /s/ Omar S. Golden
                                                Debtor

Date:  3/27/19                                  /s/ Angela Golden
                                                Joint Debtor

Date:  3/27/19                                  /s/ Steven N. Taieb, Esq.
                                                Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-34742-ABA
Omar S. Golden                                                            Chapter 13
Angela Golden
        Debtors

**CERTIFICATE OF NOTICE**

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Mar 28, 2019
                               Form ID: pdf901        Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
```
db/jdb      +Omar S. Golden,    Angela Golden,    7 Kim Lane,    Sicklerville, NJ 08081-2203
517929053   +Ashley Golden,    7 Kim Lane,    Sicklerville, NJ 08081-2203
518018893   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517927623   +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517982129    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517927624    Chase Bank,    PO Box 15298,    Wilmington, Delaware 19850-5298
518019562   +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517927625   +Citibank,    701 E 60th Street N,    Sioux Falls, South Dakota 57104-0493
517927631   +Financial Recoveries,    200 E Park Drive Ste 100,    Mt Laurel, New Jersey 08054-1297
517927633   +IC System Collections,    PO Box 64378,    Saint Paul, Minnesota 55164-0378
517927636   +Lendup Card Tab Bank,    237 Kearny Street #197,    San Francisco, CA 94108-4502
517927637   +Louis A Greenfield,    PO Box 17210,    Golden, CO 80402-6020
517959820  +++MIDFIRST BANK,    GROSS POLOWY, LLC.,    2500 PLAZA FIVE STE 2548,    JERSEY CITY NJ  07311-4026
             (address filed with court: MidFirst Bank,    Gross Polowy, LLC.,    2500 Plaza 5, Suite 2548,
              Jersey City, New Jersey 07311)
518048014   +Midfirst Bank,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
517927639   +Midland Mortgage Co,    PO Box 268959,    Oklahoma City, OK 73126-8959
517927642   +PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
517927641   #+Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
517927644   +Pressler Felt and Warshaw LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517927645   +Radio Shack/CBNA,    PO Box 6497,    Sioux Falls, South Dakota 57117-6497
517927650   +United Revenue Clctn,    PO Box 1184,    Langhorne, PA 19047-6184
518037488   +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931
517927653   +WF Raymour & Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
517927652   +Westgate Resorts,    CFI Resorts Management Inc,    2801 Old Winter Garden Road,
              Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2019 00:20:39    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2019 00:20:36    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517993861    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:22:33    AT&T CORP,
              by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517927626    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 29 2019 00:20:11    Comenity Bank/Nwyrk & Co,
              PO Box 182789,    Columbus, OH 43218-2789
517927627    E-mail/PDF: creditonebknotifications@resurgent.com Mar 29 2019 00:23:09    Credit One Bank,
              PO Box 98873,    Las Vegas, Nevada 89193-8873
517927628    E-mail/Text: mrdiscen@discover.com Mar 29 2019 00:19:25    Discover Financial,    PO Box 15316,
              Wilmington, Delaware 19850
517936835    E-mail/Text: mrdiscen@discover.com Mar 29 2019 00:19:25    Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517927629   +E-mail/Text: bankruptcynotices@dcicollect.com Mar 29 2019 00:21:17    Diversified Consultants,
              PO Box 551268,    Jacksonville, FL 32255-1268
517927630   +E-mail/Text: bknotice@ercbpo.com Mar 29 2019 00:20:45    Enhanced Recovery Company,
              PO Box 57547,    Jacksonville, Florida 32241-7547
517929052    E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29    Hyundai Finance,
              PO Box 20835,    Fountain Valley, CA 92728-0835
517933793   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29
              Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
517927632    E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 29 2019 00:21:29
              Hyundai Motor Finance,    PO Box 20809,    Fountain Valley, CA 92728-0809
517962355    E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:57    Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
517927634   +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 29 2019 00:20:57    Jefferson Capital Sysems LLC,
              Attn:  Louis A Greenfield,    PO Box 17210,    Golden, CO 80402-6020
517927635   +E-mail/Text: bncnotices@becket-lee.com Mar 29 2019 00:19:33    Kohls Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, Wisconsin 53051-7096
518038445    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 29 2019 00:22:32    LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518015477   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2019 00:20:35    Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517927638   +E-mail/Text: bankruptcydpt@mcmcg.com Mar 29 2019 00:20:35    Midland Funding LLC,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517927640   +E-mail/Text: Bankruptcies@nragroup.com Mar 29 2019 00:21:52    National Recovery Agency,
              2491 Paxton Street,    Harrisburg, PA 17111-1036
517927643    E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:46
              Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, Virginia 23502
518049275    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:46
              Portfolio Recovery Associates, LLC,    C/O Dell Financial Services, LLC,    POB 41067,
              Norfolk VA 23541
```

```
District/off: 0312-1              User: admin               Page 2 of 2            Date Rcvd: Mar 28, 2019
                                  Form ID: pdf901           Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518049271        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:50
                 Portfolio Recovery Associates, LLC,   c/o Ashley Homestore,   POB 41067,   Norfolk VA 23541
518020722        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:23:49
                 Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,   POB 41067,   Norfolk VA 23541
518038171        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:22:22
                 Portfolio Recovery Associates, LLC,   c/o Lowe's,   POB 41067,   Norfolk VA 23541
518034005        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2019 00:35:04
                 Portfolio Recovery Associates, LLC,   c/o Sams Club Mastercard,   POB 41067,
                 Norfolk VA 23541
518031219        E-mail/Text: bnc-quantum@quantum3group.com Mar 29 2019 00:20:25
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517927647       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:22:09      SYNCB Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
517927648       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:28      SYNCB/Ashley Homestores,
                 PO Box 965001,   Orlando, FL 32896-5001
517927649       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:28      SYNCB/Sams Club Dual Card,
                 PO Box 965005,   Orlando, FL 32896-5005
517927646       +E-mail/Text: ebn_bkrt_forms@salliemae.com Mar 29 2019 00:21:19       Sallie Mae,   PO Box 3229,
                 Wilmington, DE 19804-0229
517928292       +E-mail/PDF: gecsedi@recoverycorp.com Mar 29 2019 00:23:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517941085       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 29 2019 00:22:33      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517927651       +E-mail/Text: vci.bkcy@vwcredit.com Mar 29 2019 00:20:49      VW Credit Inc,   1401 Franklin Blvd,
                 Libertyville, IL 60048-4460
                                                                                        TOTAL: 33

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517933796*      +Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
518048015*      +MidFirst Bank,   999 NW Grand Blvd.,   Oklahoma City, OK 73118-6051
                                                                                TOTALS: 0, * 2, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Lynn Therese Nolan   on behalf of Creditor   MidFirst Bank ecfnotices@grosspolowy.com,
           jbommelje@grosspolowy.com
          Steven N. Taieb   on behalf of Debtor Omar S. Golden staieb@comcast.net,   sntgale@aol.com
          Steven N. Taieb   on behalf of Joint Debtor Angela  Golden staieb@comcast.net,   sntgale@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 6
```