4/6/22, 2:18 PM    Xfinity Connect U_S_ Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re_ Omar S_ Golden, Case Number_ 18-…

Case 18-34742-ABA    Doc 51    Filed 04/06/22    Entered 04/06/22 14:26:20    Desc Main
Document    Page 1 of 2

usbankruptcycourts@noticingcenter.com                               4/6/2022 1:24 PM

# U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Omar S. Golden, Case Number: 18-34742, ABA, Ref: [p-176147590]

To staieb@comcast.net

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 7, 2022

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Omar S. Golden, Case Number 18-34742, ABA

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102

Undeliverable Address:
Penn Credit Corp
916 S 14th Street
Harrisburg, PA 17104

Role type/cr id: 517927641
Reason Undeliverable: MOVED NO FORWARDING ADDRESS
THE UPDATED ADDRESS IS: *Penn Credit Corporation, 2800 Commerce Dr Harrisburg PA 17110*

_____       _____
Signature of Debtor or Debtor's Attorney                  Date  4/6/22

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

4/6/22, 2:18 PM    Xfinity Connect U_S_ Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re_ Omar S_ Golden, Case Number_ 18-…

Case 18-34742-ABA    Doc 51    Filed 04/06/22    Entered 04/06/22 14:26:20    Desc Main
Document    Page 2 of 2

- B_P118347423180W0166.PDF (9 KB)