| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Omar S. Golden | Social Security number or ITIN  xxx–xx–9187 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Angela Golden | Social Security number or ITIN  xxx–xx–8584 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–34742–ABA | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Omar S. Golden                              Angela Golden

<u>4/5/22</u>                                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-34742-ABA |
| Omar S. Golden | Chapter 13 |
| Angela Golden | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++    Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Omar S. Golden, Angela Golden, 7 Kim Lane, Sicklerville, NJ 08081-2203 |
| 517929053 | + | Ashley Golden, 7 Kim Lane, Sicklerville, NJ 08081-2203 |
| 517927631 | + | Financial Recoveries, 200 E Park Drive Ste 100, Mt Laurel, New Jersey 08054-1297 |
| 517927637 | + | Louis A Greenfield, PO Box 17210, Golden, CO 80402-6020 |
| 517959820 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC., 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC., 2500 Plaza 5, Suite 2548, Jersey City, New Jersey 07311 |
| 517927642 | + | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 517927650 | + | United Revenue Clctn, PO Box 1184, Langhorne, PA 19047-6184 |
| 517927653 | + | WF Raymour & Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517993861 | + | EDI: AIS.COM | Apr 06 2022 00:33:00 | AT&T CORP, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518018893 | + | EDI: BANKAMER2.COM | Apr 06 2022 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517927623 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517982129 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2022 20:43:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518019562 | + | Email/Text: RASEBN@raslg.com | Apr 05 2022 20:33:00 | Chase Bank USA, N.A, c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517927625 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | Citibank, 701 E 60th Street N, Sioux Falls, South Dakota 57104-0432 |
| 517927626 | + | EDI: WFNNB.COM | Apr 06 2022 00:33:00 | Comenity Bank/Nwyrk & Co, PO Box 182789, Columbus, OH 43218-2789 |
| 517927627 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2022 20:43:52 | Credit One Bank, PO Box 98873, Las Vegas, |

Case 18-34742-ABA   Doc 52   Filed 04/07/22   Entered 04/08/22 00:10:55   Desc Imaged
                     Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | |
| --- | --- | --- | --- |
| | | | Nevada 89193-8873 |
| 517927628 | EDI: DISCOVER.COM | Apr 06 2022 00:33:00 | Discover Financial, PO Box 15316, Wilmington, Delaware 19850 |
| 517936835 | EDI: DISCOVER.COM | Apr 06 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517927629 | + EDI: DCI.COM | Apr 06 2022 00:33:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 517927630 | + Email/Text: bknotice@ercbpo.com | Apr 05 2022 20:33:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, Florida 32241-7547 |
| 517929052 | EDI: HY11.COM | Apr 06 2022 00:33:00 | Hyundai Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 517933793 | + EDI: HY11.COM | Apr 06 2022 00:33:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517927632 | + EDI: HY11.COM | Apr 06 2022 00:33:00 | Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 517927633 | + EDI: IIC9.COM | Apr 06 2022 00:33:00 | IC System Collections, PO Box 64378, Saint Paul, Minnesota 55164-0378 |
| 517962355 | EDI: JEFFERSONCAP.COM | Apr 06 2022 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517927624 | EDI: JPMORGANCHASE | Apr 06 2022 00:33:00 | Chase Bank, PO Box 15298, Wilmington, Delaware 19850-5298 |
| 517927634 | + EDI: JEFFERSONCAP.COM | Apr 06 2022 00:33:00 | Jefferson Capital Sysems LLC, Attn: Louis A Greenfield, PO Box 17210, Golden , CO 80402-6020 |
| 517927635 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 05 2022 20:33:00 | Kohls Chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, Wisconsin 53051-7096 |
| 518038445 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 20:43:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517927636 | Email/Text: ml-ebn@missionlane.com | Apr 05 2022 20:33:00 | Lendup Card Tab Bank, 237 Kearny Street #197, San Francisco, CA 94108 |
| 518048014 | + EDI: AISMIDFIRST | Apr 06 2022 00:33:00 | Midfirst Bank, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 517927638 | + EDI: MID8.COM | Apr 06 2022 00:33:00 | Midland Funding LLC, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518015477 | + EDI: MID8.COM | Apr 06 2022 00:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517927639 | + EDI: AISMIDFIRST | Apr 06 2022 00:33:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 517927640 | + Email/Text: Bankruptcies@nragroup.com | Apr 05 2022 20:34:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 517927643 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, Virginia 23502 |
| 518049275 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, C/O Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 518049271 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 518020722 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518038171 | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518034005 | | EDI: PRA.COM | Apr 06 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Sams Club Mastercard, POB 41067, Norfolk VA 23541 |
| 517927644 | | Email/Text: signed.order@pfwattorneys.com | Apr 05 2022 20:33:00 | Pressler Felt and Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518031219 | | EDI: Q3G.COM | Apr 06 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517927645 | + | EDI: CITICORP.COM | Apr 06 2022 00:33:00 | Radio Shack/CBNA, PO Box 6497, Sioux Falls, South Dakota 57117-6497 |
| 517927647 | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | SYNCB Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517927648 | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | SYNCB/Ashley Homestores, PO Box 965001, Orlando, FL 32896-5001 |
| 517927649 | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | SYNCB/Sams Club Dual Card, PO Box 965005, Orlando, FL 32896-5005 |
| 517927646 | + | EDI: SALLIEMAEBANK.COM | Apr 06 2022 00:33:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 517928292 | + | EDI: RMSC.COM | Apr 06 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517941085 | + | EDI: AIS.COM | Apr 06 2022 00:33:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517927651 | + | Email/Text: vci.bkcy@vwcredit.com | Apr 05 2022 20:33:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 518037488 | + | EDI: LCIFULLSRV | Apr 06 2022 00:33:00 | Varius Holdings, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517927652 | | Email/Text: bankruptcy_notices@wgresorts.com | Apr 05 2022 20:33:00 | Westgate Resorts, CFI Resorts Management Inc, 2801 Old Winter Garden Road, Ocoee, FL 34761 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517933796 | *+ | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518048015 | *+ | MidFirst Bank, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 517927641 | ##+ | Penn Credit Corp, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com |
| Steven N. Taieb | on behalf of Debtor Omar S. Golden staieb@comcast.net  sntgale@aol.com |
| Steven N. Taieb | on behalf of Joint Debtor Angela Golden staieb@comcast.net  sntgale@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6